IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAURICE FIELDS                    :          CIVIL ACTION
                                  :
v.                    **FILED** :          No. 17-3082
                                  :
TREVOR WINGARD, et al.   OCT 2 2 2018 :
                   By K..E BARKMAN Clerk
                        Dep**ORDER**

AND NOW, this 22nd day of October, 2018, upon careful and independent consideration

of Petitioner Maurice Field's pro se Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus,

the response in opposition to the Petition, and the available state court records, and after review

of the Report and Recommendation of United States Magistrate Judge Richard A. Lloret, to

which no objections have been filed,[1] it is ORDERED:

1.      The Report and Recommendation (Document 11) is APPROVED and

ADOPTED;

2.      Fields's petition for writ of habeas corpus (Document 1) is DENIED and

DISMISSED; and

3.      A certificate of appealability shall not issue, as Fields has not made a substantial

showing of the denial of a constitutional right nor demonstrated that reasonable jurists would

debate the correctness of the procedural aspects of this ruling. *See* 28 U.S.C. § 2253(c)(2); *Slack*

*v. McDaniel*, 529 U.S. 473, 483-84 (2000).

---

[1] The Report and Recommendation was sent to all parties of record on September 25, 2018,
together with a Notice from the Clerk of Court advising the parties of their obligation to file any
objections within 14 days after service of the Notice. *See* Local R. Civ. P. 72.1 IV(b) ("Any
party may object to a magistrate judge's proposed findings, recommendations or report under 28
U.S.C. § 636(b)(1)(B), and subsections 1(c) and (d) of this Rule within fourteen (14) days after
being served with a copy thereof."). As of today's date, no objections have been filed.

BY THE COURT:

Juan R. Sánchez, C.J.